(109 So. 117)

### La Fayette BRAMLETT v. STATE.
### (7 Div. 646.)

(Supreme Court of Alabama, June 17, 1926.)

Certiorari to Court of Appeals.

Culli, Hunt & Culli, of Gadsden, for peti-tioner.

Harwell G. Davis, Atty. Gen., for the State.

SOMERVILLE, J. Petition of La Fayette Bramlett for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bramlett v. State, 21 Ala. App. 334, 109 So. 116.

Writ denied.

All the Justices concur.